**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In | Joyce A Farrare | ) | Chapter 13 |
| Re: | Debtor | ) | |
| | | ) | No. 19-15055-JKF |
| | | ) | |

**CERTIFICATION OF NO RESPONSE**

I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor(s)

Date:12/4/19