# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT PENNSYLVANIA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joyce A. Farrare<br>                    Debtor<br><br>U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3, its successors and/or assigns<br>                    Movant<br>          vs.<br><br>Joyce A. Farrare<br>                    Respondent | CHAPTER 13<br><br><br><br>NO. 19-15055 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 to Confirmation of Chapter 13, which was filed with the Court on or about October 28, 2019 (Document No. 15).

                                          Respectfully submitted,

                                          **/s/ Rebecca A. Solarz, Esquire**
                                          Rebecca A. Solarz, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          215-627-1322

February 21, 2020