IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                    : Chapter 13

Joyce A Farrare           : Case No. 19-15055-AMC


        Debtor(s)


<u>NOTICE OF PRAECIPE TO CHANGE ADDRESS</u>

    Pursuant to the above-captioned matter, kindly mark the court record of the debtor's new address as follows:

Joyce A Farrare
120 N DEWEY STREET
PHILADELPHIA PA 19139



                              <u>/s/ David M. Offen</u>
                              David M. Offen, Esquire
                              Curtis Center, 1st Fl., Ste 160 W
                              601 Walnut Street
                              Philadelphia, PA 19106
                              215-625-9600


Dated:  September 13, 2021