```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


        IN RE:                    :  Chapter 13


        Joyce A Farrare           :  Case No. 19-15055-AMC


              Debtor(s)
```

NOTICE OF PRAECIPE TO CHANGE ADDRESS

Pursuant to the above-captioned matter, kindly mark the court record of the debtor's new address as follows:

Joyce A Farrare
120 N DEWEY STREET
PHILADELPHIA PA 19139

```
                              /s/ David M. Offen
                              David M. Offen, Esquire
                              Curtis Center, 1st Fl., Ste 160 W
                              601 Walnut Street
                              Philadelphia, PA 19106
                              215-625-9600
```

Dated:  September 13, 2021