| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br>Joyce A Farrare | Case Number:<br>2:2019-bk-15055 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1. Account Number: **2272**  UCID: **WFCHEQ1915055PAE36642272** | | ___ Check this box if the account number has changed. |
| 2. Court Claim Number: **10** | | |
| 3. Signature:<br><br>Check the appropriate box.<br>  X  I am the creditor.<br>     I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>     I am the trustee, or the debtor.<br>     I am a guarantor, surety, endorser, or other codebtor.<br><br>By:    /s/ Sharon Renee Harris            Date:  01/20/2022<br>       VP Loan Documentation | | |

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           CASE NO.:  19-15055

Joyce A Farrare                CHAPTER:  13

**Debtor(s).**

_____/

### CERTIFICATE OF SERVICE

I hereby certify that on or before January 21, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                      *By U.S. Postal Service First Class Mail Postage Prepaid:*

Joyce A Farrare
120 N. Dewey Street
Philadelphia, PA 19139

*Debtor's Attorney:*          *By CM / ECF Filing:*

DAVID M. OFFEN
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

*Trustee:*                     *By CM / ECF Filing:*

| | |
|---|---|
| *Trustee:* | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)