| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-15055-AMC

JOYCE A FARRARE
120 N DEWEY STREET
PHILADELPHIA  PA    19139

Petition Filed Date: 08/12/2019
341 Hearing Date: 09/27/2019
Confirmation Date: 02/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $960.00 | | 05/19/2021 | $960.00 | | 06/21/2021 | $960.00 | |
| 07/19/2021 | $960.00 | | 08/19/2021 | $960.00 | | 09/20/2021 | $960.00 | |
| 10/19/2021 | $960.00 | | 11/22/2021 | $960.00 | | 12/20/2021 | $960.00 | |
| 01/20/2022 | $960.00 | | 02/22/2022 | $960.00 | | 03/21/2022 | $960.00 | |
| 04/19/2022 | $960.00 | | 05/19/2022 | $960.00 | | 06/21/2022 | $960.00 | |
| 07/19/2022 | $960.00 | | | | | | | |

**Total Receipts for the Period:  $15,360.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $32,760.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CITIZENS BANK NA<br>»» 001 | Unsecured Creditors | $1,199.58 | $0.00 | $1,199.58 |
| 2 | PINNACLE CREDIT SERVICES LLC<br>»» 002 | Unsecured Creditors | $280.99 | $0.00 | $280.99 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $255.40 | $0.00 | $255.40 |
| 4 | POLICE & FIRE FCU<br>»» 004 | Unsecured Creditors | $1,191.71 | $0.00 | $1,191.71 |
| 5 | POLICE & FIRE FCU<br>»» 005 | Unsecured Creditors | $1,005.20 | $0.00 | $1,005.20 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $968.72 | $968.72 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $124.36 | $0.00 | $124.36 |
| 8 | AMERICAN INFOSOURCE LP<br>»» 007 | Unsecured Creditors | $532.92 | $0.00 | $532.92 |
| 9 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $5,315.26 | $0.00 | $5,315.26 |
| 10 | PHILADELPHIA GAS WORKS<br>»» 009 | Unsecured Creditors | $151.67 | $0.00 | $151.67 |
| 11 | WELLS FARGO BANK NA<br>»» 010 | Secured Creditors | $1,443.59 | $1,171.58 | $272.01 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»» 011 | Unsecured Creditors | $1,287.91 | $0.00 | $1,287.91 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $662.87 | $0.00 | $662.87 |
| 14 | CACH, LLC<br>»» 013 | Unsecured Creditors | $3,495.42 | $0.00 | $3,495.42 |

**Chapter 13 Case No. 19-15055-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | SELECT PORTFOLIO SERVICING<br>»» 014 | Secured Creditors | $1,938.00 | $1,235.72 | $702.28 |
| 16 | ONE MAIN FINANCIAL<br>»» 015 | Secured Creditors | $27,083.34 | $21,980.25 | $5,103.09 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,760.00 | Current Monthly Payment: | $960.00 |
| Paid to Claims: | $29,606.27 | Arrearages: | $140.00 |
| Paid to Trustee: | $2,816.61 | Total Plan Base: | $56,900.00 |
| Funds on Hand: | $337.12 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.