Certificate Number: 13858-PAE-DE-036795569

Bankruptcy Case Number: 19-15055



13858-PAE-DE-036795569

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 30, 2022, at 1:56 o'clock PM EDT, Joyce A. Farrare completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 30, 2022              By:     /s/Iraida Rios

Name:  Iraida Rios

Title:   Counselor