IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Joyce A Farrare | : | No. 19-15055-AMC |
| Debtor | : | |

### CERTIFICATION OF NO RESPONSE TO
### MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Sell Property Free and Clear of Liens and respectfully request that the Order attached to the Motion be approved.

Dated: 10/13/2022

/s/ David M. Offen
**Attorney for Debtor**
**Suite 160 West, Curtis Ctr.**
**601 Walnut Street**
**Philadelphia, PA  19106**
**215-625-9600**