IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **Joyce A. Farrare** | : | NO.  19-15055-AMC |
| | : | |

## ORDER

    **AND NOW**, this _____ day of _____, 2022, upon consideration of the Motion to Sell Real Property filed by debtor, upon notice to all interested parties, and any response thereto, it is hereby

    **ORDERED**, that Debtor is authorized to sell his/her real property located at 5328 Yocum Street, Philadelphia, PA 19143 ("Property"), with all liens to be paid at closing, for the sale price of $110,000.00 (one hundred ten thousand dollars), pursuant to the terms of a certain real estate agreement of sale dated as of September 6, 2022 and addendum dated September 21, 2022 to the buyer(s) thereunder, Siddequah H. Bilal("Buyer"), who have been represented to be purchasing the Property at arms-length.

    The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

    The Mortgage shall be paid off in full at settlement along with any other items such as real estate taxes, sewer, trash, utilities and any real estate commission in an amount not greater than 6.00%

    The Debtor shall receive his exemption at closing in the amount of $25,150.00 (twenty five thousand one hundred fifty dollars).

    All other funds shall be paid to the Chapter 13 Trustee who shall make disbursement in accordance with the plan and claims filed in this case.

    The 14 day appeal period is hereby waived.

    The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the Trustee immediately upon the close of the settlement, and the Trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon Trustee approval, the title clerk shall fax a copy of the disbursement check to the Trustee, and shall immediately transmit the actual disbursement check to the

Trustee by overnight courier.

**BY THE COURT:**

**Date: October 19, 2022**     _____
**ASHELY M. CHAN**
**UNITED STATES BANKRUPTCY JUDGE**