United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Joyce A Farrare  
    Debtor

Case No. 19-15055-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Nov 22, 2022     Form ID: 138OBJ     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joyce A Farrare, 120 N. Dewey Street, Philadelphia, PA 19139-2308 |
| 14371791 | | JORDAN W FELZER, Esq., 435 DEVON PARK DRIVE, BUILDING 500, P.O. BOX 2163, Southeastern, PA 19399 |
| 14371793 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14371794 | + | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14381820 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14375882 | + | U.S. Bank NA, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14371801 | + | Winchester Walk, 2600 Welsh Road, Suite 1, Philadelphia, PA 19152-1442 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 23 2022 00:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2022 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14371787 | + | Email/Text: bncnotifications@pheaa.org | Nov 23 2022 00:05:00 | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14393132 | | Email/PDF: bncnotices@becket-lee.com | Nov 23 2022 00:14:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14371788 | + | Email/PDF: bncnotices@becket-lee.com | Nov 23 2022 00:14:39 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14405884 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2022 00:14:39 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14373582 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 23 2022 00:05:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston R.I. 02919 |
| 14371797 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 23 2022 00:05:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14371789 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2022 00:14:50 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14385749 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 23 2022 00:14:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14371790 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2022 00:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14377029 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2022 00:14:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14403182 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2022 00:05:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14371792 | + | Email/PDF: cbp@onemainfinancial.com | | |

Case 19-15055-amc    Doc 51    Filed 11/24/22    Entered 11/25/22 00:34:49    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 23 2022 00:14:38 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 14413359 | + | Email/PDF: cbp@onemainfinancial.com | Nov 23 2022 00:14:50 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 14371796 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2022 00:14:39 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14405172 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2022 00:14:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14377027 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2022 00:14:39 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14371798 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 23 2022 00:05:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14371799 | + | Email/Text: bankruptcy@sw-credit.com | Nov 23 2022 00:05:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14372998 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2022 00:14:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14408370 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 23 2022 00:05:00 | U.S. Bank National Association et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14371800 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 23 2022 00:14:44 | Wells Fargo Bank, Attn: Written Correspondnce Dept, Po Box 10335, Des Moines, IA 50306-0335 |
| 14401594 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 23 2022 00:14:50 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14371795 | *+ | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed below:

**Name**    **Email Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

BRIAN CRAIG NICHOLAS
    on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-3,
    Mortgage-Backed Notes, Series 2017-3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID M. OFFEN
    on behalf of Debtor Joyce A Farrare dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joyce A Farrare
        Debtor(s)

Case No: 19−15055−amc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                     900 Market Street
                       Suite 400
                 Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/22/22

                                                                                                    49 − 46
                                                                                          Form 138OBJ